1   Frank Woodson
    Navan Ward
2   BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              MDL NO. 1699
    MARKETING SALES PRACTICES AND           District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*     **STIPULATION AND ORDER OF**
    (06-2273 CRB)                                            **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

                                    -1-

                  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1  *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
   (06-2605 CRB)

2

3  *Ozzie Jackson vs. Pfizer Inc, et al.*
   (06-2274 CRB)

4  *Ronald Jacoby vs. Pfizer Inc, et al.*
   (07-4689 CRB)

5

6  *Kathy Jewell vs. Pfizer Inc, et al.*
   (07-1355 CRB)

7  *Dorothy Johnson vs. Pfizer Inc, et al.*
   (06-5039 CRB)

8

9  *Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
   (07-4549 CRB)

10

11 *John R. Jones vs. Pfizer Inc, et al.*
   (06-3899 CRB)

12 *Sylvester Jones vs. G.D. Searle LLC, et al.*
   (07-4550 CRB)

13

14 *Robert K. Kiser II vs. Pfizer Inc, et al.*
   (06-4104 CRB)

15 *Frank Klinger vs. G.D. Searle LLC, et al.*
   (05-4739 CRB)

16

17 *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
   (08-2149 CRB)

18 *Vasudev Kulkarni vs. Pfizer Inc, et al.*
   (07-1528 CRB)

19

20 *Bertha R. Lacy vs. Pfizer Inc, et al.*
   (06-7383 CRB)

21 *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
   (08-1856 CRB)

22

23 *Thomas Lauer vs. Pfizer Inc, et al.*
   (08-2854 CRB)

24

25 *Barbara Laver vs. Pfizer Inc, et al.*
   (08-3705 CRB)

26 *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
   (06-7631 CRB)

27

28 *Vickie L. Lewis vs. Pfizer Inc, et al.*
   (06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1

2    *Robert L. Lippincott vs. Pfizer Inc, et al.*
     (07-5018 CRB)

3    *John Scarcliff vs. G.D. Searle LLC, et al.*
     (05-4454 CRB)

4
     *Norma Matthias vs. Pfizer Inc, et al.*
5    (06-7632 CRB)

6    *Elise Mayes vs. Pfizer Inc, et al.*
     (08-3702 CRB)

7
     *William D. McCluskey vs. Merck & Co. Inc, et*
8    *al.*
     (07-3342 CRB)

9
     *Phyllis McCord vs. G.D. Searle LLC, et al.*
10   (05-4738 CRB)

11   *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
     (07-1317 CRB)

12
     *Vince Mejer vs. Pfizer Inc, et al.*
13   (07-0237 CRB)

14   *James Byron McVay vs. Pfizer Inc, et al.*
     (07-0861 CRB)

15
     *Alfred Melton vs. Pfizer Inc, et al.*
16   (06-2745 CRB)

17   *Richard McNabb, et al. vs. Pfizer Inc, et al.*
     (07-6450 CRB)

18
     *Wilmer Merriweather vs. G.D. Searle LLC, et*
19   *al.*
     (05-4452 CRB)

20
     *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21   (06-6588 CRB)

22   *Ronald Miller vs. Pfizer Inc, et al.*
     (09-0892 CRB)

23
     *Linda Mirza vs. Pfizer Inc, et al.*
24   (06-3818 CRB)

25   *Carolyn Montiforte vs. Pfizer Inc, et al.*
     (07-4735 CRB)

26
     *Henry C. Morris vs. Pfizer Inc, et al.*
27   (06-3686 CRB)

28   *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)
3
   *Ed Narke vs. Pfizer Inc, et al.*
4  (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)
6
   *Rosa M. Nelson vs. Pfizer Inc, et al.*
7  (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)
9
   *Floyd Odom vs. Pfizer Inc, et al.*
10 (07-5885 CRB)

11 *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-4372 CRB)
12
   *Mary Osteen vs. Pfizer Inc, et al.*
13 (06-6928 CRB)

14 *Elvis Owens, et al. vs. Pfizer Inc, et al.*
   (06-5002 CRB)
15
   *James Curtis Owens vs. Pfizer Inc, et al.*
16 (06-1669 CRB)

17 *Marvin Palmer vs. Pfizer Inc, et al.*
   (06-6499 CRB)
18
   *Albert Pearson vs. G.D. Searle LLC, et al.*
19 (05-4455 CRB)

20 *R.V. Perkins vs. Pfizer Inc, et al.*
   (08-3699 CRB)
21
   *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22 (05-4492 CRB)

23 *Kirk Redenius vs. Pfizer Inc, et al.*
   (06-4901 CRB)
24
   *Linda Redinger vs. Pfizer Inc, et al.*
25 (07-0454 CRB)

26 *Tammy L. Ribble vs. Pfizer Inc, et al.*
   (06-7283 CRB)
27
   *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28 (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

DATED: 10·16 2009    By: *Plaeen Wond F.*

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: 10/22/2009

Hon. Charles R. Breyer
United States District Court

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1

EAST\42579891.1